**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Amos BOONE, Defendant-Appellant.**

**No. 17-10083**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed October 27, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

*See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See Fed. R. App. P. 34(a)(2).

Amos Boone, Pro Se

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

### MEMORANDUM **

Amos Boone appeals from the district court's judgment and challenges his guilty-plea conviction and 24-month sentence for assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6), 1153. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Boone's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Boone the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Boone waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).